IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAGALEEN STEWART** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-1673 |
| | : | |
| **SUPERINTENDENT and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : | |

## ORDER

**AND NOW,** this 6th day of August, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 8), the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart (Document No. 9), the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Jacob P. Hart is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**; and,

4. There is no probable cause to issue a certificate of appealability.

                                                 S/ Timothy J. Savage
                                                 TIMOTHY J. SAVAGE,  J.